FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00370-CR
### NO. 02-16-00371-CR
### NO. 02-16-00377-CR

JACOB OWEN EDWARDS                                                         APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM COUNTY CRIMINAL COURT NO. 2 OF DENTON COUNTY
TRIAL COURT NO. CR-2014-07164-B, CR-2014-09118-B, CR-2012-08863-B

------------

## ORDER

------------

We have considered retained counsel David Wacker's Motion to Withdraw as Attorney of Record.

Although Wacker did not file a brief under *Anders v. California*, 386 U.S. 738 (1967), he did state in his motion to withdraw that he was "unable to find any arguable ground of error, as defined by *Anders*." If appellant wishes to file a response to counsel's motion on his own behalf, the response must be filed on or before **Monday, August 14, 2017**. If appellant does not file a pro se response on or before **Monday, August 14, 2017**, this court will assume that he does not

FILE COPY

intend to do so.  The State will then have thirty (30) days to respond.  Once the State files a response or brief, or notifies this court that it declines to do so, we will consider the appeal without briefing, as Wacker and appellant acknowledged at the May 23, 2017 abatement hearing held in the trial court in accordance with our May 1, 2017 order. See Tex. R. App. P. 38.8(b)(4).

If instead of filing a pro se response appellant obtains new counsel, appellant shall notify this court immediately.

The clerk of this court is directed to transmit a copy of this order to appellant and the attorneys of record.

DATED July 14, 2017.

PER CURIAM